PENNRAIL CAPITAL CORPORATION,

       Appellant,

v.

BBVD COMPASS BANK, AND JACK C. DEMETREE, INDIVIDUALLY AND AS TRUSTEE OF THE ATLANTIS IRREVOCABLE TRUST, MARK C. DEMETREE, AS TRUSTEE OF THE JACK C. DEMETREE IRREVOCABLE TRUST, THE JACK C. DEMETREE, JR. IRREVOCABLE INSURANCE TRUST, AND THE JACK C. DEMETREE IRREVOCABLE TRUST #2, JACK C. DEMETREE, JR., INDIVIDUALLY AND AS TRUSTEE OF THE JACK C. DEMETREE IRREVOCABLE TRUST, THE CHRISTOPHER C. DEMETREE ALPHARETTA IRREVOCABLE TRUST FOR MINOR CHILDREN, THE JACK C. DEMETREE IRREVOCABLE TRUST #2, AND THE ATLANTIS IRREVOCABLE TRUST, ELISA A. DEMETREE, INDIVIDUALLY AND AS TRUSTEE OF THE JACK C. DEMETREE, JR. IRREVOCABLE INSURANCE

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4919

1

TRUST, LESLIE A.
DEMETREE-DOHERTY,
INDIVIDUALLY,
CHRISTOPHER C. DEMETREE,
INDIVIDUALLY AND AS
TRUSTEE OF THE ATLANTIS
IRREVOCABLE TRUST,

     Appellees.

_____/

Opinion filed August 9, 2016.

An appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

Michael G. Tanner and Thomas E. Bishop of Tanner Bishop, Jacksonville, for Appellant.

Peter P. Hargitai, Ben Z. Williamson, and Joshua H. Roberts of Holland & Knight LLP, Jacksonville; Stacey D. Blank of Holland & Knight, Tampa, for Appellees.

PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.